Eastern District of Kentucky
FILED

FEB 2 6 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

**V.**                                                    INDICTMENT NO. 6:26-cr-040-REW-EBA

**SARAH ROBINSON and**
**COREY CIVILS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about February 1, 2026, in Clay County, in the Eastern District of Kentucky,

**SARAH ROBINSON**

knowingly and intentionally distributed a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§841(a)(1).

### COUNT 2
### 18 U.S.C. 1791(a)(1)

On or about February 1, 2026, in Clay County, in the Eastern District of Kentucky,

**SARAH ROBINSON**

in violation of a statute, or a rule or order issued under a statute, knowingly provided a

prohibited object, to wit, a mixture or substance containing a detectable amount of

cocaine, a Schedule II controlled substance, to an inmate of the Unites States Federal

Correctional Institution Manchester, all in violation of 18 U.S.C. §§ 1791(a)(1) and (b)(1).

## COUNT 3
### 18 U.S.C. § 1791(a)(2)

On or about February 1, 2026, in Clay County, in the Eastern District of Kentucky,

**COREY CIVILS**

an inmate at the Federal Correctional Institution Manchester, obtained and possessed a prohibited  object, to wit, a mixture or substance containing cocaine, a Schedule II controlled substance, all in violation of 18 U.S.C. §§ 1791(a)(2) and (b)(1).

**A TRUE BILL**

**FOREPERSON**

PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

### COUNTS 2 and 3:

Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Restitution, if applicable.